IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA MOODY**                                                                                     **PLAINTIFF**

**VS.**                                       **CASE NO. 4:22CV-330**

**JAMES R. FLENS**                                                                                   **DEFENDANT**

### PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES

Comes the Plaintiff, Angela Moody, by and through her attorney, Andrea Brock, and for *Plaintiff's Response to Defendant's Affirmative Defenses,* states to the Court:

1. Plaintiff denies the allegations set forth in Paragraph 37 of Defendant's Answer.

2. Plaintiff denies the allegations set forth in Paragraph 38 of Defendant's Answer.

3. Plaintiff denies the allegations set forth in Paragraph 39 of Defendant's Answer.

4. Plaintiff denies the allegations set forth in Paragraph 40 of Defendant's Answer.

5. Plaintiff denies the allegations set forth in Paragraph 41 of Defendant's Answer.

6. Plaintiff denies the allegations set forth in Paragraph 42 of Defendant's Answer.

7. Plaintiff denies the allegations set forth in Paragraph 43 Defendant's Answer.

8. Plaintiff denies the allegations set forth in Paragraph 44 of Defendant's Answer.

9. Plaintiff denies the allegations set forth in Paragraph 45 of Defendant's Answer.

10. Plaintiff denies the allegations set forth in Paragraph 46 of Defendant's Answer.

11. Plaintiff denies the allegations set forth in Paragraph 47 of Defendant's Answer.

12. Plaintiff denies the allegations set forth in Paragraph 48 of Defendant's Answer.

13. Plaintiff denies the allegations set forth in Paragraph 49 of Defendant's Answer.

14. Plaintiff denies the allegations set forth in Paragraph 50 of Defendant's Answer.

15. Plaintiff denies the allegations set forth in Paragraph 52 of Defendant's Answer.

16. Plaintiff denies the allegations set forth in Paragraph 53 of Defendant's Answer.

WHEREFORE, Plaintiff, Angela Moody, respectfully requests the Court to dismiss the Affirmative Defenses in Defendant's Answer and for all other appropriate relief which she is entitled.

Respectfully submitted,

Andrea Brock, P.A.

By: *Andrea Brock*

Andrea Brock, P.A.
AR Bar No. 2000102
P.O. Box 787
Forrest City, AR 72336
(870) 633-9900
(870) 633-9903 fax
andreabrock@att.net

## **CERTIFICATE OF SERVICE**

    I, Andrea Brock, hereby certify that I have served the foregoing document electronically to those parties who have entered an appearance in the Court's Electronic Case Filing System (ECF) on this **28** day of April, 2022.

                                                  _/s/ Andrea Brock_
                                                  Andrea Brock