IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA MOODY**                                                                                    **PLAINTIFF**

v.                                      No.: **4:22-CV-330-JM**

**JAMES R. FLENS, Ph.D.**                                                                   **DEFENDANT**

<u>**MOTION FOR SUBSTITUTION OF COUNSEL**</u>

Angela Moody, for her Motion for Substitution of Counsel, states:

1.    Andrea Brock is counsel of record for Plaintiff Angela Moody.

2.    Plaintiff is requesting that Steve Harrelson substitute for Andrea Brock.

WHEREFORE, Angela Moody requests that Steve Harrelson of the Harrelson Law Firm, P.A., 1321 Scott Street, Little Rock, Arkansas 72202-5051, substitute in for counsel and that Andrea Brock be relieved as counsel of record for Plaintiff.

                                                  Respectfully submitted,

                                                  HARRELSON LAW FIRM, P.A.
                                                  1321 Scott Street
                                                  Little Rock, Arkansas  72202-5051
                                                  Tel.: (501) 374-2210
                                                  Fax: (501) 374-2221
                                                  E-Mail: steve@harrelsonfirm.com

BY: _/s/ Steve Harrelson_____
                                                  Steve Harrelson
                                                  Ark. Bar No. 2000086
                                                  La. Bar Roll No. 28361
                                                  Tex. Bar No. 24036729

ATTORNEYS FOR ANGELA MOODY

And

*Andrea Brock*

Andrea Brock, Ark. Bar No. 2000102
P.O. Box 787
Forrest City, Arkansas 72336
Tel.: (870) 633-9900
Fax: (870) 633-9903
Email: andreabrock@att.net

## **CERTIFICATE OF SERVICE**

I, Steve Harrelson, do hereby certify that I have sent via:

☐ Hand Delivery
☐ Facsimile
☒ Electronic Mail
☐ U.S. Mail, Postage Prepaid
☐ U.S. Mail, Certified, Return Receipt Requested
☐ State Court CM/ECF System
☐ Federal Court CM/ECF System

This 9th Day of September, 2022, a true and complete copy of the foregoing to the following individuals:

Todd Wooten, Esq.
Hal, Booth, Smith P.C.
500 President Clinton Avenue, Ste. RL20
Little Rock, Arkansas  72201
Tel.: (501) 435-3190
Fax: (501) 604-5566
Email: twooten@hallboothsmith.com

*Steve Harrelson*

Steve Harrelson
