# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANGELA MOODY**                                                          **PLAINTIFF**

**v.**                      **No.: <u>4:22-CV-330-JM</u>**

**JAMES R. FLENS, Ph.D.**                                     **DEFENDANT**

## <u>ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL</u>

Before the Court is the Plaintiff's Motion considered the Motion for Substitution of Counsel of Plaintiff Angela Moody.

The Court finds that Angela Moody approves the substitution and that the substitution is not sought for delay only.

IT IS THEREFORE ORDERED that Andrea Brock is discharged as attorney of record and Steve Harrelson, 1321 Scott Street, Little Rock, Arkansas, 72202-5051, Tel.: (501) 374-2210, Fax: (501) 374-2221, E-Mail: steve@harrelsonfirm.com, and Arkansas Bar Number 2000086 is substituted as attorney of record for Plaintiff Angela Moody.