**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANGELA MOODY**                                                            **PLAINTIFF**


**v.**                               **No.: <u>4:22-CV-330-JM</u>**


**JAMES R. FLENS, Ph.D.**                                            **DEFENDANT**

<u>**MOTION FOR SUBSTITUTION OF COUNSEL**</u>

   Angela Moody, for her Motion for Substitution of Counsel, states:

  1.  Steve Harrelson is the counsel of record for Plaintiff Angela Moody.

  2.  Plaintiff is requesting that Ricky Hicks substitute for Steve Harrelson.


   WHEREFORE, Angela Moody requests that

_____, substitute in for counsel and that Steve

Harrelson be relieved as counsel of record for Plaintiff.

                Humbly Submitted,


                 Rickey Hicks
                 Bar #89235
            Attorney for: Angela Moody
              Hicks Law Office
              1323 Broadway
            Little Rock AR 72202
             501-920-7298
          hickslawoffice@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I, Ricky Hicks, do hereby certify that I have sent via:

☐ Hand Delivery
☐ Facsimile
☒ Electronic Mail
☐ U.S. Mail, Postage Prepaid
☐ U.S. Mail, Certified, Return Receipt Requested
☐ State Court CM/ECF System
☒ Federal Court CM/ECF System

This 22nd Day of February, 2023, a true and complete copy of the foregoing to the following individuals:

Todd Wooten, Esq.
Hal, Booth, Smith P.C.
500 President Clinton Avenue, Ste. RL20
Little Rock, Arkansas  72201
Tel.: (501) 435-3190
Fax: (501) 604-5566
Email: twooten@hallboothsmith.com

_____
Rickey Hicks