IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA MOODY                                                                                          PLAINTIFF

v.                                    No.: <u>4:22-CV-330-JM</u>

JAMES R. FLENS, Ph.D.                                                                            DEFENDANT

## **CERTIFICATE OF SERVICE**

I, Todd Wooten, do hereby certify that Defendant, James R. Flens, Ph.D.'s Responses and Objections to Plaintiff's First Set of Requests for Admissions were served on this 2nd day of March 2023, and a true and correct copy of the above and foregoing pleading was sent to the below listed counsel via email and the Court's electronic filing system:

Rickey Hicks
Hicks Law Office
1323 Broadway
Little Rock, Arkansas 72202
E-Mail: *hickslawoffice@yahoo.com*
*Attorneys for Plaintiff*

                     Respectfully Submitted,

                     Todd Wooten (ABN 94034)
                     HALL BOOTH SMITH, P.C.
                     200 River Market Avenue, Suite 500
                     Little Rock, AR  72201
                     Telephone: 501-435-3190
                     Fax:  501-604-5566
                     Email:  *twooten@hallboothsmith.com*

                     *Attorneys for Defendant,*
                     *James R. Flens, Ph.D.*