IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA MOODY                                                                                   PLAINTIFF

v.                                    No.: 4:22-CV-330-JM

JAMES R. FLENS, Ph.D.                                                                       DEFENDANT

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes, Defendant, James R. Flens, Ph.D., pursuant to Rule 56 of the Federal Rules of Civil Procedure, for his Motion for Summary Judgment, states:

1. The material facts are not in dispute.

2. Ms. Moody has brought this action against Dr. Flens alleging wrongdoing relating to statements he made in a Consultant Report that he issued after being retained by Ms. Moody's ex-husband as an expert in the Moodys' divorce proceedings.

3. Dr. Flens issued his Consultant Report on September 3, 2017.

4. The report contained his professional opinion that a child custody evaluation would be beneficial to help address issues relating to the legal and physical custody of the Moodys' minor child.

5. Ms. Moody first brought suit on September 20, 2020, more than there years after Dr. Flens's report was published.

6. She did not assert a claim for outrage in her first action, and her claim for outrage was never commenced.

7. Dr. Flens came to his opinions by reviewing records totaling over 1900 pages provided to him by the counsel for Ms. Moody's ex-husband.

8. He was asked to review these records and determine whether a child custody evaluation would be appropriate in the divorce proceeding.

9. He concluded that such evaluation would be appropriate.

10. He was asked to, and did, reduce his opinion to a written report.

11. Ms. Moody's ex-husband attempted to use his report in their divorce proceedings.

12. Dr. Flens testified at deposition in the divorce proceedings.

13. Dr. Flens listed three issues and overarching concern that outlined why he believed a child custody evaluation would be beneficial.

14. For each of the issues and the concern, Dr. Flens included examples that were either direct quotations from or his summaries of documents he reviewed.

15. Those records were primarily filings within the Moodys' divorce proceedings or testimony from depositions or hearings in that matter. Other records included filings in other litigation involving the Moodys and over 400 pages of text messages between them.

16. Dr. Flens did not conduct any independent investigation to determine the accuracy of the information included in the records.

17. Ms. Moody's claims are barred by the statute of limitations as she filed her first action more than three years after he published his Consultant Report.

18. Any claim not included in the original action is barred because those claims were never commenced and are not entitled to the protection of the Arkansas savings statute.

19. Ms. Moody cannot present expert testimony to meet her burden to prove a medical injury.

20. Ms. Moody cannot show that Dr. Flens owed her some duty, an essential element of her claim for negligence.

21. Dr. Flens did not make false statements of fact about Ms. Moody.

22. She cannot demonstrate reputational injury, an essential element of her defamation claim.

23. Dr. Flens is absolutely privileged for the statements made in his deposition and in his Consultant Report.

24. Ms. Moody's allegations are not sufficient to set forth a claim for outrage under Arkansas law.

25. Dr. Flens is entitled to judgment as a matter of law and summary judgment is appropriate.

26. In support of his Motion, Dr. Flens relies on the following:

   a. Exhibit A – Complaint, *Angela Moody v. James R. Flens*, Circuit Court of Pulaski County, Arkansas, Case No. 60CV-17-5247;

   b. Exhibit B – January 21, 2021, Letter from Court;

   c. Exhibit C – Defendant's Motion to Dismiss;

   d. Exhibit D – Dismissal Order Without Prejudice;

   e. Exhibit E – Complaint, *Angela Moody v. James R. Flens, Ph.D.*, Circuit Court of Pulaski County, Arkansas, Case No. 60CV-22-656;

   f. Exhibit F – Return of Service;

   g. Exhibit G – Answer;

   h. Exhibit H – Notice of Filing of Notice of Removal;

   i. Exhibit I – Consultant Report;

   j. Exhibit J – Deposition Testimony of Angela Moody;

k. Exhibit K – Temporary Order of November 18, 2011;

l. Exhibit L – Decree of Divorce; and

m. Exhibit M – Deposition Testimony of James R. Flens.

                    Respectfully Submitted,

                    Todd Wooten (ABN 94034)
                    HALL BOOTH SMITH, P.C.
                    200 River Market Avenue, Suite 500
                    Little Rock, AR  72201
                    Telephone: 501-435-3190
                    Fax:  501-604-5566
                    Email:  *twooten@hallboothsmith.com*

                    *Attorneys for Defendant,*
                    *James R. Flens, Ph.D.*

## **CERTIFICATE OF SERVICE**

    I, Todd Wooten, do hereby certify that on March 9, 2023, I served a copy of the foregoing pleading with the Court via the CM/EFC system which will send notification of such filing to all counsel of record.

                    Todd Wooten