ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2017-Sep-20  14:43:33
60CV-17-5247
C06D06 : 3 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## ___ DIVISION

ANGELA MOODY                                                                                   PLAINTIFF

VS.                    CASE NO.: 60CV-2017-_____

JAMES R. FLENS                                                                                 DEFENDANT

## COMPLAINT

Plaintiff, by and through counsel, for her Complaint against Defendant states:

1.  Plaintiff Angela Moody is an individual and resident of Pulaski County, Arkansas.

2.  Defendant James R. Flens ("Flens") is a citizen and resident of Valrico Florida. Defendant has traveled to Arkansas, was retained and served as an expert in Arkansas and gave a deposition in Arkansas.

3.  Jurisdiction and venue are proper with this Court.

4.  The defendant holds himself out as being a board certified psychologist.

5.  Despite never meeting with, consulting with or personally evaluating plaintiff, the defendant's prepared a document titled "Consultation Report and Findings and Recommendations" in 2014. In said document, defendant made certain "findings and recommendations" that were false and inaccurate as to plaintiff.

6.  The specific "findings and recommendations" made in the report by defendant are wholly inaccurate and, if published publicly, would be defamatory in nature. The findings are not being set out herein as they could cause reputational damage to plaintiff, even though the findings are false and inaccurate.

7.  On September 24, 2014, defendant sent the document (his report) to plaintiff's ex-husband. As a result, plaintiff suffered damage in the form of attorneys

fees and court costs due to the ex-husband using the false, inaccurate and misleading report in their divorce and custody case.

8. The defendant was negligent in his preparation and drafting of the document (his report).

## COUNT I – NEGLIGENCE

9. Defendant's was negligent in his formulation of his findings and recommendations contained in his report, and was further negligent in submitting said report to plaintiff's ex-husband on September 24, 2014. As a result of defendant's negligence plaintiff has been damaged in a specific amount to be determined at trial.

10. Plaintiff seeks an award of compensatory damages and a judgment of and from defendant in an amount to be determined at trial.

## COUNT II - DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

11. The continued use of the false and inaccurate report by defendant and plaintiff's ex-husband will cause irreparable harm to plaintiff.

12. Plaintiff seeks judgment declaring the report to be false and inaccurate. Further, plaintiff seeks and order enjoining defendant from any further dissemination of said report.

13. Plaintiff seeks an award of attorneys fees and costs.

WHEREFORE, plaintiff moves and prays that its complaint be admitted; for judgment of and from defendant; for an injunction and declaratory judgment; for court costs and attorneys fees and for all other just and proper relief to which it is entitled.

RESPECTFULLY SUBMITTED:

/s/ Danny R. Crabtree
Danny R. Crabtree (2004006)
Attorney at Law
114 S. Pulaski Street
Little Rock, AR 72201
(501) 372-0080
danny.crabtree@sbcglobal.net