ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-Jan-21  20:35:38
60CV-17-5247
C06D04 : 1 Page

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. HERBERT WRIGHT - 4TH DIVISION 6TH CIRCUIT

60CV-17-5247

ANGELA MOODY V JAMES R FLENS

**TO:**   DANNY R CRABTREE
          114 S PULASKI STREET
          LITTLE ROCK, AR 72201

**DATE:** January 21, 2021

**RE:**   CASE NUMBER - 60CV-17-5247

There has been no action shown on the record in the above-styled case for the past twelve (12) months. You are hereby notified that the case will be dismissed, pursuant to Rule 41, Arkansas Rules of Civil Procedure, for want of prosecution unless, within two (2) weeks from the date of this notice, application is made, upon a showing of good cause, to continue the case on the court's docket.

If you have any questions, please contact Jonathan McFadden at jdmcfadden@pulaskimail.net, Law Clerk for Judge Herbert Wright.