Case 4:22-cv-00330-JM   Document 16-3   Filed 03/09/23   Page 1 of 3

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-Jan-22  14:56:56
60CV-17-5247
C06D04 : 3 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
# FOURTH DIVISION

**ANGELA MOODY**                                                                                    **PLAINTIFF**

**V.**                          **CASE NO.: 60CV-17-5247**

**JAMES R. FLENS**                                                                                  **DEFENDANT**

## MOTION TO DISMISS

Comes now, Defendant, Janes R. Flens, by and through his attorneys, DOVER DIXON HORNE PLLC, and for his Motion to Dismiss, states:

1. Plaintiff filed this action on September 20, 2017.

2. Defendant was served on October 19, 2017 and filed his Answer and Jury Demand on November 17, 2017.

3. A Status Hearing was conducted on October 22, 2018.

4. On November 20, 2018 Judge Tim Fox entered his Order of Recusal and this matter was transferred out of the Sixth Division Circuit Court and returned to the Circuit Clerk for reassignment to another division.

5. This matter was transferred to the Twelfth Division Circuit Court.

6. On January 11, 2019, Judge Alice Gray entered her Order of Recusal and this matter was transferred out of the Twelfth Division and returned to the Circuit Clerk for reassignment to another division.

7. This matter was reassigned to the Fourth Division Circuit Court.

8. Plaintiff has taken no action on this matter since the status hearing of October 22, 2018.

9. Defendant moves pursuant to Rule 41, Arkansas Rules of Civil Procedure, that this case be dismissed without prejudice, for want of prosecution.

10. Defendant prays this Court enter an Order of Dismissal to dismiss Plaintiff's Complaint without Prejudice.

WHEREFORE, Defendant prays that his Motion to Dismiss be granted, that the Court enter an Order of Dismissal dismissing Plaintiff's Complaint without prejudice, for his costs and attorney's fees, and to all to all other relief that he may be entitled.

Respectfully Submitted,

DOVER DIXON HORNE, PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas 72201
Phone: (501) 375-9151 / Fax: (501) 375-6484
E-Mail: twooten@ddh.law

By: _____
Todd Wooten (AR Bar No. 94034)

*Attorney for Defendant, James R. Fens*

**CERTIFICATE OF SERVICE**

    I, Todd Wooten, certify that on this 22nd day of January, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the E-flex System, which will send notification of the filing to the following:

Danny R. Crabtree
Attorney at Law
114 S. Pulaski Street.
Little Rock, AR   2201
(501) 372-0800
Email: Danny.Crabtree@sbcglobal.net

*Attorney for Plaintiff*


_____
TODD WOOTEN