ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-Jan-28  11:56:48
60CV-17-5247
C06D04 : 1 Page

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. HERBERT WRIGHT - 4TH DIVISION 6TH CIRCUIT

60CV-17-5247

ANGELA MOODY V JAMES R FLENS

## DISMISSAL ORDER WITHOUT PREJUDICE

On this day the Motion filed on September 20, 2017, is hereby dismissed without prejudice for lack of prosecution in accordance with Rule 41, Arkansas Rules of Civil Procedure.

_____
Circuit Judge

1-28-21
Date