ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2022-Apr-06  17:07:01
60CV-22-656
C06D04 : 3 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**ANGELA MOODY**                                                                 **PLAINTIFF**

**VS.**                    **CASE NO. 60CV-2022-656**

**JAMES R. FLENS**                                                               **DEFENDANT**

## RETURN OF SERVICE

## IN THE IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS HON. HERBERT WRIGHT - 4TH DIVISION 6TH CIRCUIT OF PULASKI COUNTY, ARKANSAS

ANGELA MOODY                                                                                           PLAINTIFF

VS.                                                                                                    NO. **60CV-22-656**

JAMES R FLENS                                                                                          DEFENDANT

### SERVICE RETURN

STATE OF
COUNTY OF PULASKI

On Fri, Mar 11 2022 at 1:47 o'clock pm I have duly attempted service of the within *SummonsComplaint* by delivering a copy of these same documents to the person and place stated below:

**Place:** 4949 WILLOW RIDGE TER, VALRICO, FL 33596-8239
**Person:** JAMES R FLENS

[X] On Fri, Mar 11 2022 at 1:47 o'clock pm I personally delivered the above named documents to Defendant JAMES R FLENS at 4949 WILLOW RIDGE TER, VALRICO, FL 33596-8239 [place]; or

[ ] After making my purpose to deliver the above named documents clear, on _____ I left the above named documents in the close proximity of the defendant by, [describe how the above named documents were left] after he/she refused to receive it when I offered it to him/her; or

[ ] On _____ I left the above named documents with _____ [name], a member of the defendant's family ( _____ ) [relationship] at least 18 years of age, at _____ [address], a place where the defendant resides; or

[ ] On _____ I delivered the above named documents to _____ [name of individual], an agent authorized by appointment or by law to receive service of above named documents on behalf of _____ [name of defendant]; or

[ ] On _____ at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the above named documents with _____ [name and job description];

[ ] On _____ I served (name) _____ identified as the administrator of the (name), a jail, penitentiary, or other correctional facility in Arkansas where the Defendant was held at the time of service. *See* ARCP 4(f)(4).

[ ] Other [specify]:

[ ] I was unable to execute service because: _____

| TO BE COMPLETED IF SERVICE IS BY A SHERIFF OR DEPUTY SHERIFF: |
|---|

SHERIFF OF _____ COUNTY, ARKANSAS

Date: _____
By: _____
    Signature of server

_____
Printed name, title, and badge number

| TO BE COMPLETED IF SERVICE IS BY A PERSON OTHER THAN A SHERIFF OR DEPUTY SHERIFF: |
|---|

Date: 4/6/2022    By: *(signature)*

Phone: 941-713-1021

Signature of server
Michael Finke
Printed name

Address: Service With A Smile 12737 LEXINGTON RIDGE ST RIVERVIEW, FL 33578-7644 941-713-1021

Subscribed and sworn to before me this date 4/6/22

*(signature)* Asunta Blanchard

Seal:
ASUNTA BLANCHARD
MY COMMISSION # GG 280788
EXPIRES: January 3, 2023

Additional information regarding service or attempted service: _____
2/02/22, 11:28 am EST  Unsuccessful Attempt  3433 LITHIA PINECREST RD STE 346, VALRICO, FL 33596-6302, HILLSBOROUGH
3/11/22, 1:47 pm EST   Personal/Individual   4949 WILLOW RIDGE TER, VALRICO, FL 33596-8239, HILLSBOROUGH