IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA MOODY                                                                                           PLAINTIFF

V.                                              NO. 4:22-CV-330-JM

JAMES R. FLENS, PH.D.                                                                              DEFENDANT

**MOTION FOR EXTENSION TO FILE RESPONSE TO
SUMMARY JUDGMENT**

COMES NOW the Plaintiff by and through her attorney Rickey Hicks for her Motion for extension to file response states.

1. Defendant file his motion for summary judgment on March 9th. 2023.
2. Plaintiff has until March 23rd. to file her response.
3. Motion has voluminous documents to be reviewed and Undersigned Counsel has several Hearings scheduled in the next two weeks.
4. Plaintiff request until April 6th 2023 to file her response.  Defense counsel has no objections to the extension.

Wherefore, Plaintiff request until April 6th to file her response to the Motion for Summary Judgment due to schedule of the undersigned Counsel.

Respectfully Submitted,

Rickey Hicks
Bar #89235
Attorney for: Angela Moody
Hicks Law Office
1323 Broadway
Little Rock AR 72202
501-920-7298
hickslawoffice@yahoo.com