IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA MOODY**                                              **PLAINTIFF**

**V.**                          **4:22CV00330 JM**

**JAMES R. FLENS, Ph.D.**                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 9th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE